**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JOSEPH PEREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>CHARLES DANIELS, *et al.*,<br><br>        Defendants. | 2:21-cv-02061-CDS-VCF<br><br>**<u>ORDER</u>** |

Before the Court is Plaintiff's motion for appointment of counsel (ECF No. 1-2).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on Plaintiff's motion for appointment of counsel (ECF No. 1-2), is scheduled for 10:00 AM, July 20, 2022.

The Office of the Nevada Attorney General is ordered to contact Tawnee Renfro, Courtroom Deputy (702-464-5427), to coordinate plaintiff's video appearance for this hearing by noon, July 18, 2022. Plaintiff is ordered to appear by video. If video appearance is not possible, plaintiff may appear telephonically.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.

- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 27th day of June, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE