# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

JOSEPH PEREZ,

              Plaintiff,

v.

CHARLES DANIELS, *et al.*,

              Defendants.

Case No.: 2:21-cv-02061-CDS-VCF

**REFERRAL TO PRO BONO PROGRAM**

       This case is referred to the Pro Bono Program ("Program") adopted in the Second Amended General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Joseph Perez. The scope of appointment will be for all purposes through the conclusion of trial. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

       **IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

       **IT IS FURTHER ORDERED** that the Clerk forward this order to the Pro Bono Liaison.

       DATED this 26th day of July 2022.

                                                                              Cam Ferenbach
                                                                             United States Magistrate Judge