JOHN R. BAILEY
Nevada Bar No. 0137
SARAH E. HARMON
Nevada Bar No. 8106
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
SHarmon@BaileyKennedy.com
TBingham@BaileyKennedy.com

*Attorneys for Plaintiff*
Joseph Perez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOSEPH PEREZ, an individual,

         Plaintiff,

vs.

CHARLES DANIELS, et al.,

         Defendants.

Case No.  2:21-cv-02061-CDS-VCF

**ORDER OF APPOINTMENT OF COUNSEL**

This case was referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2014-01 for appointment of pro bono counsel to Joseph Perez.  Having been informed that pro bono counsel has been identified and that pro bono representation has been agreed to by Plaintiff, John R. Bailey, Sarah E. Harmon, and Tayler D. Bingham, of the law firm Bailey❖Kennedy, are hereby appointed as counsel for Plaintiff.  The scope of appointment is for all purposes through the conclusion of trial.  Appointment under the Program does not extend to the appeal, if any, of a final decision.  Accordingly,

**IT IS HEREBY ORDERED** that John R. Bailey, Sarah E. Harmon, and Tayler D. Bingham are hereby appointed as pro bono counsel for Plaintiff under the United States District Court for the District of Nevada's Pilot Pro Bono Program.  The scope of appointment does not extend to the appeal, if any, of a final decision.

1   **IT IS FURTHER ORDERED** that appointed counsel may seek reimbursement of
2   reasonable expenses or compensation for services in any manner authorized under the Program.
3   **IT IS FURTHER ORDERED** that the Clerk of Court shall assign a PRO BONO case flag
4   and add John R. Bailey, Sarah E. Harmon, and Tayler D. Bingham to the docket as counsel of record
5   for Plaintiff.
6   **IT IS FURTHER ORDERED** that John R. Bailey, Sarah E. Harmon, and Tayler D.
7   Bingham shall not be charged fees for use of the Court's filing system in this matter for the duration
8   of their appointment.
9   **IT IS FURTHER ORDERED** that within fourteen (14) days after completion of legal
10  services, John R. Bailey, Sarah E. Harmon, and Tayler D. Bingham shall submit a Notice of
11  Completion form to the Pro Bono Liaison.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  10-13-2022