# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

JOSEPH PEREZ,

    Plaintiff(s),

v.

CHARLES DANIELS, et al.,

    Defendant(s).

2:21-cv-02061-CDS-VCF

**ORDER**

Before the court is the motion to serve Dr. Richard Wulff. (ECF No. 36).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the motion to serve Dr. Richard Wulff (ECF No. 36) must be filed on or before noon, July 20, 2023.

DATED this 17th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE