**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JOSEPH PEREZ,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>CHARLES DANIELS, et al.,<br><br>　　　　　Defendant(s). | 2:21-cv-02061-CDS-VCF<br><br>**ORDER** |

Before the court is the motion to serve Dr. Richard Wulff. (ECF No. 36).

Plaintiff seeks the Court to issue Summons to Dr. Richard Wulff.

No opposition has been filed and the time to oppose has passed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it seems as though defendants have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that the motion to serve Dr. Richard Wulff (ECF No. 36) is GRANTED.

The Clerk of Court is directed to issue Summons to Dr. Richard Wulff at the address provided in ECF No. 36, page 2.

IT IS FURTHER ORDERED that the time to perfect service of process on Dr. Wulff is extended to September 18, 2023.

DATED this 20th day of July 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE