JOHN R. BAILEY
Nevada Bar No. 0137
SARAH E. HARMON
Nevada Bar No. 8106
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
SHarmon@BaileyKennedy.com
TBingham@BaileyKennedy.com

*Attorneys for Plaintiff*
Joseph Perez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOSEPH PEREZ, an individual ,

                    Plaintiff

            vs.

CHARLES DANIELS, et al.,

                    Defendants

Case No.  2:21-cv-02061-CDS-VCF

**STIPULATION AND ORDER TO EXTEND TIME
TO FILE RESPONSE TO MOTION TO DISMISS**

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO
MOTION TO DISMISS**

        Pursuant to Local Rule 7-1, Plaintiff Joseph Perez ("Perez") and Defendants Terrence

Agustin, Arianna Arynhard, Gregory Bryan, Arturo Buen, Charles Daniel, Glenn Fowler, Justin

Gordon, Benedicto Gutierrez, Calvin Johnson, Teodoro Manalang, Michael Minev, Jennifer Nash,

and Brian Williams (collectively, "NDOC Defendants"), by and through their counsel of record, do

hereby stipulate and agree as follows:

        1.        On April 7, 2022, Perez filed his First Amended Complaint, again doing so pro se.

[ECF No. 6.]

        2.        On July 14, 2023, NDOC Defendants filed the Motion to Dismiss (the "Motion").

[ECF No. 37.]

1       3.     Perez presently has until July 27, 2023, to file a Response to the Motion.

2       4.     In light of the schedule of defense counsel over the next three weeks (which includes

3  a number of deadlines and hearings) and the need to communicate effectively with Perez concerning

4  the briefing (which is complicated by the fact that he is in prison), the parties hereby stipulate and

5  agree that Perez's Response to the Motion shall be extended from July 27, 2023, to August 11, 2023.

6       5.     This is the first stipulation for an extension of time to file the Response to the Motion.

7  This stipulation is made in good faith and not to delay the proceedings.

8  DATED this 27th day of July, 2023.         DATED this 27th day of July, 2023.

9  BAILEY❖KENNEDY             OFFICE OF THE ATTORNEY GENERAL

10  By: /s/ Tayler D. Bingham          By: /s/ Chris W. Davis
        JOHN R. BAILEY                AARON D. FORD

11       SARAH E. HARMON           CHRIS W. DAVIS
        TAYLER D. BINGHAM

12                               Attorneys for NDOC Defendants
  Attorneys for Plaintiff

13  Joseph Perez

14

15

16                               IT IS SO ORDERED:

17

18

19

20                              UNITED STATES DISTRICT JUDGE

21                               Dated:   July 28, 2023

22

23

24

25

26

27

28

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820