**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Joseph Perez,

               Plaintiff(s),

vs.

Charles Daniels, et al.,

               Defendant(s).

2:21-cv-02061-CDS-MDC

**Order**

Judge Youchah set a global settlement conference in this case. ECF No. 58.

Accordingly,

It is so ORDERED that:

1. The previously scheduled settlement conference (ECF No. 52) before the undersigned judge is VACATED as unnecessary.

2. The parties are directed to comply instead with Judge Youchah's settlement conference order (ECF No. 58).

Dated this 9th day of May 2024.

                                                     _____  
                                                     Hon. Maximiliano D. Couvillier III  
                                                     United States Magistrate Judge