AARON D. FORD
  Attorney General
LEO T. HENDGES (Bar No. 16034)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-3795 (phone)
(702) 486-3768 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Defendants*
*Terrence Agustin, Arianna Arynhard,*
*Gregory Bryan, Arturo Buen, Charles Daniels,*
*Glenn Fowler, Justin Gordon, Benedicto Gutierrez,*
*Calvin Johnson, Teodoro Manalang,*
*Michael Minev, Jennifer Nash, Brian Williams,*
*and Richard Wulff*[1]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH PEREZ,<br><br>                      Plaintiff<br><br>v.<br><br>CHARLES DANIELS, *et al.*,<br><br>                      Defendants | Case No. 2:21-cv-02061-CDS-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Joseph Perez by and through his counsel, Tayler D. Bingham of Bailey❖Kennedy, LLP on the one hand, and Defendants Terrence Agustin, Arianna Arynhard, Gregory Bryan, Arturo Buen, Charles Daniels, Glenn Fowler, Justin Gordon, Benedicto Gutierrez, Calvin Johnson, Teodoro Manalang, Michael Minev, Jennifer Nash, Brian Williams, and Richard Wulff by and through their counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges,

---

[1] Charles Daniels, Glenn Fowler, Justin Gordon, Calvin Johnson, Jennifer Nash, and Brian Williams were dismissed pending any amended complaint filed by Plaintiff. ECF No. 50 at 9:14-17.

Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, on the other hand, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 11th day of February, 2025.        DATED this 23rd day of August, 2024

                                               AARON D. FORD
                                               Attorney General

By: /s/ Tayler D. Bingham                      By: /s/ Leo T. Hendges
Tayler D. Bingham (Bar No. 15870)              LEO T. HENDGES (Bar No. 16034)
Attorneys for Plaintiff                        Senior Deputy Attorney General
                                               *Attorneys for Defendant*

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: February 11, 2025

_____
UNITED STATES DISTRICT JUDGE